PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 28281

# United States District Court

for

## SOUTHERN DISTRICT OF FLORIDA

FILED by ____ D.C.
DEC 17 1997
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Helen Williams    Case Number: 97-73-T-PROB-MOORE

4:05mj133-LCS

Name of Sentencing Judicial Officer: The Honorable Robert D. Potter, Senior U.S. District Judge, Western District of North Carolina.

Current Assigned Judicial Officer: The Honorable K. Michael Moore, U.S. District Judge, Southern District of Florida.

Date of Original Sentence: January 25, 1994.

Original Offense: conspiracy to make false statement.

Original Sentence: seven (7) months imprisonment; three (3) years supervised release with the special condition of drug testing, treatment and aftercare; provide access to financial information; no new line of credit without permission; search of person, residence, vehicle or other; and restitution in the sum of $9,221.93.

Type of Supervision: Supervised Release

Date Supervision Commenced: April 3, 1996

Assistant U.S. Attorney: Debra J. Stuart

Defense Attorney: George V. Laughrun, II

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 28281

1. **VIOLATION OF MANDATORY CONDITION**, by failing to refrain from violation of the law. On or about April 7, 1997, in Broward County, Florida, the supervised releasee, was arrested by the Florida Department of Law Enforcement, and charged with the offense of trafficking in cocaine over 400 grams and conspiracy to traffic in cocaine over 400 grams. On November 6, 1997, the supervised releasee pled Nolo Contender, adjudicated guilty by the court pursuant to Docket Number 97-6939CF10B, and was sentenced to a term of ten (10) years Florida State Prison.

U.S. Probation Officer Recommendation:

[X] The term of supervision should be
   [X] revoked.
   [ ] extended for ___ years, for a total term of ___ years.

[ ] The conditions of supervision should be modified as follows:

Respectfully submitted,

by Anita L. Dukes
U.S. Probation Officer
Date: November 26, 1997

THE COURT ORDERS:

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

12-17-97     12/15/97
Date

** TOTAL PAGE.06 **