# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

vs.                              CASE NO:   S.D. FLA. 97-73-T-PROB-MOORE
                                 CASE NO:   N.D. FLA. 4:05mj133-WCS

**HELEN WILLIAMS,**

    **Defendant.**
_____/

## ORDER OF DETENTION
## PENDING REVOCATION HEARING

    The United States has moved pursuant to the Bail Reform Act that Defendant be detained pending a hearing upon the petition to revoke Defendant's term of supervised release. This motion is governed by Fed.R.Crim.P. 32.1(a)(1) and 46(c), and 18 U.S.C. § 3143, which collectively provide that the burden is upon Defendant to establish by clear and convincing evidence that she will not flee or pose a danger to any other person or to the community if he is released upon conditions. After a hearing, the following findings are made:

    1. Defendant began a three year term of supervised release on April 3, 1996. On April 7, 1997, she was arrested for trafficking in cocaine, was convicted, and has recently completed a 10 year state sentence.

2. Defendant can live with her sister. Other than the existence of a residence to return to, Defendant has come forward with no evidence to carry her burden of proof. Defendant apparently has convictions other than reflected in the presentence report as she said she was married in 1986 when she was in prison. Consequently, Defendant has not established by clear and convincing evidence that he will not flee or pose a danger to the community if he is released upon conditions.

Accordingly, it is **ORDERED**:

That the Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE AND ORDERED** on October 3, 2005.

      s/   William C. Sherrill, Jr.
      **WILLIAM C. SHERRILL, JR.**
      **UNITED STATES MAGISTRATE JUDGE**