AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __FLORIDA__

UNITED STATES OF AMERICA
v.
HELEN WILLIAMS

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 97-73-T-PROB-MOORE | 4:05mj133-WCS | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment  ☐ Information  ☐ Complaint  X Other (specify) Petition for Violation of SR
charging a violation of _____ U.S.C. §

**DISTRICT OF OFFENSE**
SOUTHERN DISTRICT OF FLORIDA

**DESCRIPTION OF CHARGES:**

VIOLATION OF SUPERVISED RELEASE

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  X Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** X No  ☐ Yes  Language: _____

**TO: THE UNITED STATES MARSHAL**
**DISTRICT OF** FLORIDA (NORTHERN)

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

__10-3-05__
Date

_William C. Sherrill_
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |